IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

BRIAN LEE BRUSH,

        Plaintiff,

v.                                      CIVIL ACTION NO. 5:04-cv-909

MARTY ANDERSON, FCI Beckley,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order **DISMISSING** the petitioner's application under 28 U.S.C. § 2241 as **MOOT**, the court **ORDERS** that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                              ENTER:     May 3, 2005

                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE